IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
v. ) Criminal No. 11-34 Erie
)
GREGORY GARRETT BROWN, )
    Defendant. )

ORDER

AND NOW, this 16th day of December, 2011, the Court having received a letter, dated December 5, 2011, from the Warden of the Metropolitan Correctional Center in Chicago, Illinois, advised that additional time is needed to complete the forensic examination of defendant, pursuant to Title 18, United States Code, Sections 4241 and 4241, as ordered on August 30, 2011 [document #26], IT IS HEREBY ORDERED that the period of time for the Court and counsel for the parties to receive any psychiatric or psychological report is extended to February 20, 2012.

IT IS FURTHER ORDERED that the period of excludable delay, resulting from the order of August 30, 2011, is extended to February 20, 2012 under the Speedy Trial Act, specifically 18 U.S.C. §3161(h)(1)(A).

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: Christian Trabold,
    Assistant United States Attorney

    Gregory Garrett Brown, #161652
    Allegheny Co. Jail
    950 Second Avenue
    Pittsburgh, PA 15219-3100

    Thomas W. Patton,
    Assistant Federal Public Defender

    U.S. Marshal